AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.  2:25-cr-00730
)
Property as particularly described in Attachment A to the )
affidavit of Special Agent Deborah Hansell dated May )
22, 2025 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the Affidavit of SA Deborah Hansell dated May 22, 2025

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit of SA Deborah Hanseel dated May 22, 2025

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A | Possession of Child Pornography |

The application is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ D. Hansell*
Applicant's signature

Deborah Hansell, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___cellular telephone___ *(specify reliable electronic means)*.

Date: May 22, 2025

*/s/ Molly H. Cherry*
Judge's signature

City and state: Charleston, SC         Molly Cherry, U.S. Magistrate Judge
Printed name and title